**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Father Chris Collins, et al.,<br>Plaintiffs,<br>v.<br>Doe Run Resources Corporation, et al.,<br>Defendants. | ) | No. 15-cv-1704<br>(consolidated) |

So Ordered
Siegel USDJ.
6/8/23

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

COME NOW, Plaintiff Chris Collins, by and through the undersigned counsel, hereby submit this Notice of Voluntary Dismissal with Prejudice with respect to the following plaintiffs:

| No. | PFID | Initials | Case No. | |
|---|---|---|---|---|
| 1 | 2280 | ACHC | 4:19-cv-02578-JAR | -4:19 CV 3027 RWS |
| 2 | 2269 | ALCM | 4:19-cv-02578-JAR | -4:19 CV 3016 RWS |
| 3 | 2091 | ALGP | 4:20-cv-00964-RWS | -4:20 CV 1370 RWS |
| 4 | 2087 | ANFC | 4:20-cv-00964-RWS | -4:20 CV 1363 RWS |
| 5 | 2336 | BJHC | 4:19-cv-02580-AGF | 4:20 CV 149 RWS |
| 6 | 2281 | BNHC | 4:19-cv-02578-JAR | |
| 7 | 2322 | CKDR | 4:19-cv-02580-AGF | 4:19 CV 3249 RWS |
| 8 | 1425 | CSCA | 4:17-cv-01957-RWS | 4:19 CV 1627 RWS |
| 9 | 2329 | DIHA | 4:19-cv-02580-AGF | 4:20 CV 142 RWS |
| 10 | 2222 | ELRH | 4:19-cv-02572-JAR | 4:19 CV 2866 RWS |
| 11 | 2071 | EZCC | 4:20-cv-00964-RWS | 4:20 CV 1324 RWS |
| 12 | 2088 | FAFC | 4:20-cv-00964-RWS | 4:20 CV 1364 RWS |
| 13 | 2198 | FIH | 4:19-cv-02572-JAR | 4:19 CV 2826 RWS |
| 14 | 2199 | FIH | 4:19-cv-02572-JAR | 4:19 CV 2827 RWS |
| 15 | 2312 | FYAC | 4:19-cv-02580-AGF | 4:19 CV 3240 RWS |
| 16 | 2195 | HFHDLC | 4:19-cv-02572-JAR | |
| 17 | 2079 | IABCR | 4:20-cv-00964-RWS | |
| 18 | 2184 | IYCM | 4:19-cv-02572-JAR | 4:19 CV 2811 RWS |
| 19 | 2243 | JDAF | 4:19-cv-02578-JAR | 4:19 CV 2986 RWS |
| 20 | 2185 | JDCM | 4:19-cv-02572-JAR | 4:19 CV 2812 RWS |
| 21 | 2178 | JJCR | 4:19-cv-02572-JAR | 4:19 CV 2806 RWS |
| 22 | 2092 | JJGP | 4:20-cv-00964-RWS | 4:20 CV 1371 RWS |

| No. | PFID | Initials | Case No. | |
|---|---|---|---|---|
| **23** | 2196 | JNHDLC | 4:19-cv-02572-JAR | 4:19 CV 2823 RWS |
| **24** | 2238 | JVM | 4:19-cv-02572-JAR | 4:19 CV 2883 RWS |
| **25** | 1990 | KMCC | 4:18-cv-00638-RWS | 4:19 CV 2167 RWS |
| **26** | 2095 | KYJP | 4:20-cv-00964-RWS | 4:20 CV 1374 RWS |
| **27** | 2237 | LLRVM | 4:19-cv-02572-JAR | 4:19 CV 2882 RWS |
| **28** | 2179 | LNCR | 4:19-cv-02572-JAR | 4:19 CV 2804 RWS |
| **29** | 2311 | MJAL | 4:19-cv-02580-AGF | 4:19 CV 3239 RWS |
| **30** | 2197 | MMHC | 4:19-cv-02572-JAR | 4:19 CV 2825 RWS |
| **31** | 2275 | MNGP | 4:19-cv-02578-JAR | 4:19 CV 3022 RWS |
| **32** | 2320 | ODCA | 4:19-cv-02580-AGF | 4:19 CV 3247 RWS |
| **33** | 2176 | RAAM | 4:19-cv-02572-JAR | 4:19 CV 2802 RWS |
| **34** | 2080 | REDC | 4:20-cv-00964-RWS | 4:20 CV 1356 RWS |
| **35** | 1703 | SPAB | 4:17-cv-01963-JAR | 4:19 CV 1941 RWS |
| **36** | 2072 | XRCC | 4:20-cv-00964-RWS | 4:20 CV 1383 RWS |
| **37** | 2242 | YOAA | 4:19-cv-02578-JAR | 4:19 CV 2985 RWS |

WHEREFORE, Counsel respectfully requests that the Court enter an Order dismissing only the plaintiffs listed above with prejudice, and for such other and further relief as the court deems just and proper.

Respectfully submitted,

**NAPOLI SHKOLNIK**

By: /s/ Patrick J. Lanciotti
Patrick J. Lanciotti, #5407523NY
360 Lexington Avenue, Eleventh Floor
New York, NY, 10017
(212) 397-1000
planciotti@napolilaw.com

**RODRIGUEZ TRAMONT + NUÑEZ, P.A.**

By: /s/ Frank R. Rodriguez
Frank R. Rodriguez, #348988FL
Paulino A. Nuñez, #814806FL
255 Alhambra Cir., Suite 1150
Coral Gables, FL 33134
(305) 350-2300
frr@rtgn-law.com
pan@rtgn-law.com

*Attorneys for Plaintiffs*